IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| NIRAV C. PATEL, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) CASE NO. CV 08-500-JPG-PMF |
| RICHARD W. MITCHELL, Individually; and UNITED PARCEL SERVICE, INC., a foreign corporation, | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated:   May 21, 2009**

JUSTINE FLANAGAN, ACTING CLERK

 s/Brenda K. Lowe
**Deputy Clerk**


**APPROVED:** *s/ J. Phil Gilbert*
**U. S. DISTRICT JUDGE**